**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:  TARA R. SANDERS** | **CASE NO:  20-11814** |
| **DEBTOR** | **CHAPTER 7** |

### MOTION TO COMPEL TURNOVER

**COMES NOW** the Chapter 7 Trustee and files this Motion to Compel Turnover and states as follows:

1. Debtor filed this chapter 7 case on May 14, 2020.

2. On that date debtor had a balance in one of her bank accounts of $4,908.57.

3. The bank account is property of the bankruptcy estate.

4. The funds in the bank account are not exempt.

5. The undersigned requests this Court require the debtor to turn over the funds as these funds are not exempt.

**WHEREFORE,** the trustee prays that this Court enter an order demanding the debtor turn over the $4,908.57 from debtor's bank account.

**RESPECTFULLY** submitted, this the 31ST day of August 2020.

                                                                                  /s/William L. Fava
                                                                WILLIAM L. FAVA (MSB# 101348)
                                                                Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## **CERTIFICATE OF SERVICE**

I, William L. Fava, Chapter 7 Trustee, do hereby certify that I have this day mailed a true and correct copy of the above Motion to Compel Turnover to the following:

U.S. Trustee
Via ECF at [USTPRegion05.AB.ECF@usdoj.gov](mailto:USTPRegion05.AB.ECF@usdoj.gov)

Bryant D. Guy
Via ECF

DATED: August 31, 2020

   /s/William L. Fava    
WILLIAM L. FAVA
Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116